B3B (Official Form 3B) (12/07) -- Cont.

# United States Bankruptcy Court

Northern **District of** Illinois

In re: Laura Cortes _____   Case No. _____ 13 B 22074 ꝯN
_____ Debtor(s)

### ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders
that the application be:

[ ] GRANTED.

 This order is subject to being vacated at a later time if developments in the administration of the
 bankruptcy case demonstrate that the waiver was unwarranted.

[✓] DENIED.

 The debtor shall pay the chapter 7 filing fee according to the following terms:

 $ 76.50 _____ on or before June 28, 2013

 $ 76.50 _____ on or before July 26, 2013

 $ 76.50 _____ on or before August 28, 2013

 $ 76.50 _____ on or before September 27, 2013

 Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any
 additional property to an attorney or any other person for services in connection with this case.

 IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE
 INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

[ ] SCHEDULED FOR HEARING.

 A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held
 on _____ at _____ : at _____ .
 (address of courthouse)

 IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY
 DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER
 DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

 BY THE COURT: Pamela S Hollis ꝯN

DATE: June 5, 2013

 _____
 United States Bankruptcy Judge